**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**

**In Re:**   *LAUREL SCOTT SHEPPARD*                    **Case No.:**   *07-04081-8-RDD*


REPORT OF UNCLAIMED DIVIDEND

     The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

     1.  That the following checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have never been negotiated:

| NAME AND LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
| --- | --- |
| *LAUREL SCOTT SHEPPARD*<br>*824 SAND HILLS DRIVE*<br>*NEWPORT, NC 28570* | $2.50 |

     2.  That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

     WHEREFORE, the undersigned Trustee desires to pay into the Court said unclaimed dividends pursuant to 11 USC 1347.


     DATED:  March 3, 2011


/S/ RICHARD M. STEARNS
RICHARD M. STEARNS
Chapter 13 Trustee
Post Office Box 2218
Kinston, North Carolina 28502
Phone:  (252) 523-2295